KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-329 JSW |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 5, 2006 TO MAY 25, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AS TO ALL DEFENDANTS |
| v. ) | |
| WILLIAM MULLIGAN, et al. ) | |
|     Defendants. ) | |

The parties appeared before the Court on May 5, 2006.  The Court enters this order scheduling an initial appearance before the District Court on May 25, 2006, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 5, 2006 to May 25, 2006.  The parties agreed, and the Court found and held, as follows:

1. The defendants agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review the discovery that the government intends to produce this week, and would deny the defendants continuity of counsel.

STIPULATION AND ORDER
CR 06-329 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 5, 2006 to May 25, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 5, 2006 to May 25, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled an initial appearance before the District Court, the Hon. Jeffrey S. White, on May 25, 2006 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: 5/8/06
/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED:_____
/S/
BARRY PORTMAN
Attorney for William Mulligan

DATED:_____
/S/
DAVID ANDERSON
Attorney for Jesse James Green

DATED:_____
/S/
STEVEN GRUEL
Attorney for Justin Jose Garcia

DATED:_____
/S/
GEORGE BOISSEAU
Attorney for Jacob Hines

IT IS SO ORDERED.

DATED: May 24, 2006
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND ORDER
CR 06-329 JSW                                     2