KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-329 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION |
| ) | EXCLUDING TIME FROM MAY 25, 2006 |
| v. ) | TO JUNE 22, 2006 FROM THE SPEEDY |
| ) | TRIAL ACT CALCULATION |
| WILLIAM MULLIGAN, et al. ) | (18 U.S.C. § 3161(h)(8)(A)) AS TO ALL |
| ) | DEFENDANTS |
| Defendants. ) | |
| ) | |

    The parties appeared before the Court on May 25, 2006.  The Court enters this order scheduling a status hearing before the Hon. Jeffrey S. White on June 22, 2006, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 25, 2006 to June 22, 2006.  The parties agreed, and the Court found and held, as follows:

    1. The defendants agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review the discovery that the government recently produced, as well as discovery that the government will be producing between May 25, 2006 and June 22, 2006. Failure to grant the requested continuance would also deny the defendants continuity of counsel.

STIPULATION AND ORDER
CR 06-329 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 25, 2006 to June 22, 2006, outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendants, the Court ordered that the period from May 25, 2006 to June 22, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a status hearing before the District Court, the Hon. Jeffrey S. White, on June 22, 2006 at 2:30 p.m. With no objection from the government, the Court also excused the appearance of Defendant Justin Garcia at that hearing.

IT IS SO STIPULATED.

DATED: June 15, 2006

/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: June 16, 2006

/S/
BARRY PORTMAN
Attorney for William Mulligan

DATED: June 19, 2006

/S/
DAVID ANDERSON
Attorney for Jesse James Green

DATED: June 15, 2006

/S/
STEVEN GRUEL
Attorney for Justin Jose Garcia

DATED: June 15, 2006

/S/
GEORGE BOISSEAU
Attorney for Jacob Hines

///
///
///
///

STIPULATION AND ORDER
CR 06-329 JSW                                  2

1  IT IS SO ORDERED.

2

3  DATED: June 21, 2006

4  THE HON. JEFFREY S. WHITE
   United States Magistrate Judge

5  District

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
CR 06-329 JSW                      3