## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Nandor J. Vadas<br>U.S. Magistrate Court Judge | **RE:** | William Mulligan |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | 06-CR-00329-JSW |

**DATE:** July 26, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Richard Sarlatte | 415-436-7508 |
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE:   VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Order(s)

A.

B.

☒ **Bail Revoked/Bench Warrant Issued.**

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

/s/ _____           8/9/06

**JUDICIAL OFFICER**                         **DATE**

**Cover Sheet** (12/03/02)