# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 06-0329-01 JSW |
| William Mulligan ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _October 26, 2006_ be continued until _December 14, 2006_ at _2:30 pm_.

Date: OCT 1 6 2006

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04