**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

WILLIAM MULLIGAN,

       Defendant.

_____/

No. C 06-00329-1 JSW

**ORDER GRANTING IN PART
AND DENYING IN PART
MOTION TO SEAL**

This matter comes before the Court upon consideration of Defendant William Mulligan's motion to file a redacted version of his sentencing memorandum, and to file the unredacted version under seal. Mulligan also asks that the Court file the motion and the order granting the motion under seal.

Good cause appearing to seal the unredacted version of the sentencing memorandum and the motion to seal, that portion of Mulligan's motion is GRANTED. The request to file the Sealing Order under seal is denied.

    **IT IS SO ORDERED.**

Dated: December 7, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE