IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM MULLIGAN,

    Defendant.
                                       /

No. CR 06-00329-1 JSW

**ORDER REQUIRING RESPONSE RE DEFENDANT'S SENTENCING MEMORANDUM**

    The Court has received Defendant's sentencing memorandum, in which he disagrees with the calculation of his criminal history category. The Court HEREBY ORDERS a response from the Government on that issue. The Government's response shall be due by no later than 10:00 a.m. on December 13, 2006. The Defendant may file a brief reply by no later than 4:00 p.m. on that same date.

    **IT IS SO ORDERED.**

Dated: December 11, 2006

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

cc:    United States Probation Officer E. Ann Searles