

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

March 8, 2007

The Honorable Jeffrey S. White
Judge of the U.S. District Court
  for the Northern District of California
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

**Re: MULLIGAN, William Eugene**
   Reg. No. 98299-111
   Docket No. CR-06-329-01 JSW

Dear Judge White:

   This is in response to the Court's recommendation that William Mulligan serve his term of confinement at the federal facility in Atwater, California. Mr. Mulligan was sentenced in your court to a 27-month term for Theft of Firearms from a Federal Firearms Licensee.

   Unfortunately, we were unable to follow the Court's recommendation. Mr. Mulligan has been classified as a medium security level offender. The facility recommended by the Court houses minimum and high security level offenders. Accordingly, Mr. Mulligan has been designated to the medium security level facility in Leavenworth, Kansas.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

mbp
cc: Warden, USP Leavenworth